

**SHEPPARD MULLIN**
SHEPPARD MULLIN RICHTER & HAMPTON LLP
A T T O R N E Y S   A T   L A W

1300 I Street, NW | 11th Floor East | Washington, D.C. 20005-3314
202-218-0000 *office* | 202-218-0020 *fax* | *www.sheppardmullin.com*

June 17, 2010

Writer's Direct Line: 202-218-0008
kjohnson@sheppardmullin.com

19TJ-154241



*VIA Hand Delivery*

Clerk, U.S. Court for the Eastern District
    of Virginia, Alexandria Division
Albert V. Bryan U.S. Courthouse
401 U.S. Courthouse Square
Alexandria, VA 22314

Re: **Bright Imperial Limited v. Redtubes.us et al (1:10cv572)**

To the Clerk of the Court:

Enclosed please find for filing an application for admission *Pro Hac Vice* and a check made payable to Clerk, U.S. District Court in the total amount of $50.00 for the filing fee.

Kindly file stamp and return one copy of the application.

Please feel free to contract me at 202-218-0008 with any questions or concerns.

Best regards,

Karin H. Johnson

for SHEPPARD, MULLIN, RICHTER & HAMPTON LLP