Date: 6-25-10

Judge: John F. Anderson
Reporter: FTR

Start: 10:00
Finish: 10:09

Civil Action Number: 10-572 cv

Bright Imperial Limited

vs.

Redtubes US etal

Appearances of Counsel for ( ✓ ) Pltf ( ) Deft
( ) Matter is uncontested
Motion to/for:

Plt's motion - to effect svc of process - denied

_____

_____

_____

Argued &
( ) Granted ( ) Denied ( ) Granted in part/Denied in part
( ) Taken Under Advisement ( ) Continued to

( ) Report and Recommendation to Follow
( X ) Order to Follow