IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division



| | |
|---|---|
| BRIGHT IMPERIAL LIMITED, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> REDTUBES.US, *et al.*, ) <br> ) <br> Defendants. ) <br> _____ ) | Civil Action No. 1:10cv0572 (GBL/JFA) |

## ORDER

On June 25, 2010, counsel for plaintiff appeared and presented argument on its Motion to Effect Service of Process by Alternative Means. (Docket no. 6). Upon consideration of the motion and the arguments of counsel, and for the reasons stated from the bench, it is hereby ORDERED that the motion is denied.

Entered this 25th day of June, 2010.

                                       /s/
                                John F. Anderson
                                United States Magistrate Judge

Alexandria, Virginia