UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| BRIGHT IMPERIAL LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>REDTUBES.US, et al.,<br><br>Defendant. | Civil Action No. 1:10-cv-572 |

**VERIFICATION TO COMPLAINT**

I, Thayer Preece, declare as follows:

I am an attorney representing Bright Imperial Limited, the plaintiff in this action. I have read the Complaint filed by Bright Imperial Limited in the above-captioned action and know its contents. The facts alleged in the Complaint are true of my own knowledge and belief, except as to those matters alleged on information and belief, and as to those matters I believe them to be true.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 2nd day of July, 2010, at Menlo Park, California.

_____
Thayer Preece
Attorney for Plaintiff, Bright Imperial Limited