UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

BRIGHT IMPERIAL LIMITED,

            Plaintiff,

   v.

REDTUBES.US, et al.,

            Defendant.

Civil Action No. 1:10-cv-572

## NOTICE OF HEARING

PLEASE TAKE NOTICE that on Friday, August 6, 2010 at 10:00 a.m., or as soon thereafter as counsel may be heard, plaintiff Bright Imperial Limited, by counsel, will appear and request that the Court enter an order granting Plaintiff's Motion for an Order to Publish Notice of Action re <redtubes.us> Domain Name on the grounds set forth in the accompanying Memorandum of Law.

Dated: July 29, 2010

            /s/ Sheldon M. Kline_____
            Sheldon M. Kline (VA Bar No. 27959)
            James M. Chadwick (admitted *pro hac vice*)
            Thayer M. Preece (admitted *pro hac vice*)
            Karin H. Johnson (admitted *pro hac vice*)
            SHEPPARD MULLIN RICHTER & HAMPTON LLP
            1300 I Street, NW, 11th Floor East
            Washington, DC 20005
            Telephone: (202) 218-0000
            Facsimile: (202) 218-0020
            skline@sheppardmullin.com
            jchadwick@sheppardmullin.com
            tpreece@shepparmullin.com
            kjohnson@sheppardmullin.com

Attorneys for Plaintiff Bright Imperial Limited

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of July, 2010, I electronically filed the foregoing NOTICE OF HEARING with the Clerk of the Court using the CM/ECF system and that a copy was sent electronically and via airmail, postage prepaid, to the following non-filing party:

>Redtubes.us (info@redtubes.us)
>Sid el Bawchrieh
>Bawchrieh 00961
>Lebanon

>/s/ Sheldon M. Kline
>Sheldon M. Kline (VA Bar No. 27959)
>James M. Chadwick (admitted *pro hac vice*)
>Thayer M. Preece (admitted *pro hac vice*)
>Karin H. Johnson (admitted *pro hac vice*)
>SHEPPARD MULLIN RICHTER & HAMPTON LLP
>1300 I Street, NW, 11th Floor East
>Washington, DC 20005
>Telephone: (202) 218-0000
>Facsimile: (202) 218-0020
>skline@sheppardmullin.com
>jchadwick@sheppardmullin.com
>tpreece@shepparmullin.com
>kjohnson@sheppardmullin.com

Attorneys for Plaintiff Bright Imperial Limited