UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division



BRIGHT IMPERIAL LIMITED,

        Plaintiff,

v.

REDTUBES.US, et al.,

        Defendant.

Civil Action No. 1:10-cv-572 (GBL/JFA)

## ORDER

Upon consideration of Plaintiff's Motion to Publish Notice of Action regarding the <redtubes.us> Domain Name, IT IS HEREBY ORDERED:

1. That a copy of this Order be published in *The Washington Times* once within 14 days after the entry of this Order.

2. That a declaration shall be filed on Plaintiff's behalf, no later than within 21 days after the publication of this Order, describing the steps that have been taken to comply with this Order; and

3. That the domain name <redtubes.us> is hereby advised:

    A. Plaintiff has charged the domain name in a complaint with a violation of the Anticybersquatting Consumer Protection Act of 1999 (the "ACPA"). A copy of the Complaint may be obtained from Plaintiff's attorney, Sheldon M. Kline, Sheppard Mullin Richter & Hampton, LLP, 1300 I St NW, 11th Floor East, Washington, DC 20005. Mr. Kline's telephone number is (202) 772-5378.

    B. Plaintiff sent a copy of the Complaint to Neustar, Inc., the registry for the <redtubes.us> domain name, on July 15, 2010 and requested that the registry institute a registry

lock-down. Plaintiff received confirmation on July 26, 2010 that <redtubes.us> was locked at the registry level and, accordingly, that the domain name could not be deleted or transferred and the contact information associated with the domain name could not be altered.

    C. In the event the Plaintiff prevails against the domain name under ACPA, remedies could include the forfeiture or cancellation of the domain name or the transfer of the domain name to Plaintiff in this Action.

    D. Any person who asserts an interest in or right against the <redtubes.us> domain name must file a verified statement identifying the interest or right, in compliance with Local Admiralty Rule C(6)(a), with the Clerk of the Court, United States District Court for the Eastern District of Virginia, Alexandria Division, 401 Courthouse Square, Alexandria, Virginia 23214, within 21 days of the publication of this Order in *The Washington Times*. Any person who files such a statement of interest in or right against the <redtubes.us> domain name must also file an answer within 21 days of filing the verified statement. If no appearance or pleading is filed as required by the Order, this Court may render a judgment against the domain name which could include the forfeiture or cancellation of the domain name or the transfer of the domain name to Plaintiff.

  Entered this 5th day of August 2010.

Alexandria, Virginia

          /s/
         John F. Anderson
         United States Magistrate Judge