UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| BRIGHT IMPERIAL LIMITED,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>REDTUBES.US, et al.,<br><br>　　　　　Defendant. | Civil Action No. 1:10-cv-572 |

**DECLARATION DESCRIBING COMPLIANCE WITH**
**THE COURT'S ORDER TO PUBLISH NOTICE OF ACTION**

Karin Hunter Johnson, pursuant to 28 U.S.C. § 1746, declares and says:

1.　　I am counsel of record for Plaintiff Bright Imperial Limited ("Bright" or "Plaintiff") in the above-referenced matter and I have personal knowledge of the information set forth below.

2.　　On August 5, 2010, the Court entered an Order to publish notice of the present action regarding <redtubes.us> (the "Order").

3.　　A Copy of the Order was published in *The Washington Times* on August 11, 2010. Attached hereto as Exhibit A is a true and correct copy of the classifieds section of *The Washington Times*, which shows the publication of the Order in the newspaper on August 11, 2010, on page B8.

4. Attached hereto as Exhibit B is a true and correct copy of the receipt reflecting the payment for the purchase of the advertisement of the Order in *The Washington Times* for publication on August 11, 2010.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 17, 2010 at Washington, D. C.

                                                Karin Hunter Johnson

## CERTIFICATE OF SERVICE

I hereby certify that on this 17 day of August, 2010, I electronically filed the foregoing Declaration Describing Compliance with the Court's Order to Publish Notice of Action with the Clerk of the Court using the CM/ECF system and that a copy was sent electronically and via airmail, postage prepaid, to the following non-filing party:

>Redtubes.us (info@redtubes.us)
>Sid el Bawchrieh
>Bawchrieh 00961
>Lebanon

>/s/ Sheldon M. Kline
>Sheldon M. Kline (VA Bar No. 27959)
>James M. Chadwick (admitted *pro hac vice*)
>Thayer M. Preece (admitted *pro hac vice*)
>Karin H. Johnson (admitted *pro hac vice*)
>SHEPPARD MULLIN RICHTER & HAMPTON LLP
>1300 I Street, NW, 11th Floor East
>Washington, DC 20005
>Telephone: (202) 218-0000
>Facsimile: (202) 218-0020
>skline@sheppardmullin.com
>jchadwick@sheppardmullin.com
>tpreece@shepparmullin.com
>kjohnson@sheppardmullin.com

Attorneys for Plaintiff Bright Imperial Limited