UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

BRIGHT IMPERIAL LIMITED,

        Plaintiff,

   v.

REDTUBES.US, et al.,

        Defendant.

Civil Action No. 1:10-cv-572

## ORDER

      Upon consideration of Plaintiff's Motion for Default Judgment, the Memorandum of Law in Support of Plaintiff's Motion, the submitted Declarations and Exhibits, the evidence, and good cause here appearing:

      **IT IS HEREBY ORDERED** that Plaintiff's Motion is **GRANTED**;

      **IT IS FURTHER ORDERED** that Neustar, Inc., as the operator of the registry of the <redtubes.us> domain name (the "Domain Name"), is hereby directed and ordered, pursuant to 15 U.S.C. § 1125(d)(2)(D)(i), to transfer the Domain Name from the current registrar, Tucows, Inc., to the domain registrar of the Plaintiff's selection, and such selected registrar shall thereafter register the Domain Name in the name of Plaintiff and provide Plaintiff with full control of the Domain Name.

      The Clerk is **DIRECTED**, pursuant to FED. R. CIV. P. 58, to **ENTER JUDGMENT** in favor of Plaintiff and to forward copies of this Order to Neustar, Inc., 46000 Center Oak Plaza; Sterling, VA 20166.

      **ENTERED** this _____ day of _____, 2010.

      BY THE COURT:

      _____

      Hon. _____.
      United States District Judge