UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| BRIGHT IMPERIAL LIMITED,<br><br>                Plaintiff,<br><br>  v.<br><br>REDTUBES.US, et al.,<br><br>                Defendant. | Civil Action No. 1:10-cv-572 GBL/JFA |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that on Friday, October 29, 2010 at 10:00 a.m., or as soon thereafter as counsel may be heard, plaintiff Bright Imperial Limited, by counsel, will appear and request that the Court enter an order granting Plaintiff's Motion for Default Judgment on the grounds set forth in the accompanying memorandum of law.

Dated: October 22, 2010

                                              **/s/**
                                      Sheldon M. Kline (VA Bar No. 27959)
                                      Franklin C. Turner (VA Bar No. 77417)
                                      James M. Chadwick (admitted *pro hac vice*)
                                      Thayer M. Preece (admitted *pro hac vice*)
                                      Karin H. Johnson (admitted *pro hac vice*)
                                      SHEPPARD MULLIN RICHTER & HAMPTON LLP
                                      1300 I Street, NW, 11th Floor East
                                      Washington, DC 20005
                                      Telephone: (202) 218-0000
                                      Facsimile: (202) 218-0020
                                      skline@sheppardmullin.com
                                      fturner@sheppardmullin.com
                                      jchadwick@sheppardmullin.com
                                      tpreece@shepparmullin.com
                                      kjohnson@sheppardmullin.com

                                      *Attorneys for Plaintiff Bright Imperial Limited*