Date: 10-29-10

Judge: John F. Anderson
Reporter: FTR

Start: 10:23
Finish: _____

Civil Action Number: 10-572 CV

Bright Imperial Ltd

vs.

Redtubes.US et al

Appearances of Counsel for (✓) Pltf ( ) Deft
( ) Matter is uncontested
Motion to/for:
Pltfs mo for default

Argued &
( ) Granted ( ) Denied ( ) Granted in part/Denied in part
( ) Taken Under Advisement ( ) Continued to

(✓) Report and Recommendation to Follow
( ) Order to Follow